**FILED**
JUL 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR 2472-BEN |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| GAUDENCIO PEREZ-CEDILLO, | |
| Defendant. | |

The United States Attorney charges:

On or about October 8, 2004, within the Southern District of California, defendant GAUDENCIO PEREZ-CEDILLO, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that he was a legal resident of the United States, whereas in truth and fact, as defendant then and here well knew that statement and representation was false, fictitious and

//
//
//
//

CEK:mg:San Diego
7/11/08

1  fraudulent when made; in violation of Title 18, United States Code,
2  Section 1001.
3       DATED: 7/24/8

KAREN P. HEWITT
United States Attorney

*[signature]*

CHARLOTTE E. KAISER
Assistant U.S. Attorney